## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 03-cv-2051-RPM-BNB

TONYA H. SLEEP,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois corporation,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 24th day of January, 2006.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      District Court Judge